IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR17 |
| | ) | |
| JOSE MARTIN NAVA-RAMIREZ, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

  UPON THE ORAL MOTION OF THE DEFENDANT,

  IT IS ORDERED that the Change of Plea hearing is continued to **September 8, 2005** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

  For this defendant, the time between **August 29, 2005** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

  Since this is a criminal case, the defendant must be present, unless excused by the Court.

  DATED this 30th day of August, 2005.

            BY THE COURT:

            s/ F.A. Gossett
            United States Magistrate Judge